**Fill in this information to identify the case:**

Debtor name: **Rohe & Wright Homebuilders, LP**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Beachtown Community Foundation**<br>Creditor's Name<br><br>**PO Box 541123**<br>**Houston, TX**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**January 2005**<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☐ No.<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>(1) First Lien: Moody Bank (2) Second lien: Beachtown Community Foundation | Describe debtor's property that is subject to a lien<br>**Developed Lot 17 and 18, Block 4, Beachtown Galveston Village Section 1 Address: 817 Beachtown Passage, Galveston, Texas 7550**<br><br>Describe the lien<br>**Fees and assessements**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $353,093.06 | $90,000.00 |
| **2.2** **Moody Bank**<br>Creditor's Name<br><br>**2302 Postoffice St.**<br>**Galveston, TX 77550**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**January 2005**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Developed Lot 17 and 18, Block 4, Beachtown Galveston Village Section 1 Address: 817 Beachtown Passage, Galveston, Texas 7550**<br><br>Describe the lien<br>**First Lien Deed of Trust**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $89,784.01 | $90,000.00 |

Debtor  **Rohe & Wright Homebuilders, LP**  
　　　　Name

Case number (if know) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No. | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| (1) First Lien: Moody Bank, (2) Second lien: Beachtown Community Foundation | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**　　**$442,877.07**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |