| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Rohe & Wright Homebuilders, LP |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>500 Bering, LLC<br>58 Crain Square Blvd.<br>Houston, TX 77025<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Working capital loan<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $50,000.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Acero Bella Inc.<br>8560 Kathy Frwy, Ste 160<br>Houston, TX 77024<br>**Date(s) debt was incurred** May 2017-January 2018<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Supplier<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $540.58 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Ad Valorem Advisors, Inc.<br>527 Granberrry St.<br>Houston, TX 77007<br>**Date(s) debt was incurred** June 2018<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Property tax services<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,750.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Air Innovations LLC<br>8911 Jackrabbit Rd.<br>Houston, TX 77095<br>**Date(s) debt was incurred** June 2018 - July 2018<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** AC Construction Services<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,450.00 |

| Debtor | **Rohe & Wright Homebuilders, LP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 3.5
**Nonpriority creditor's name and mailing address**
Air Specialist Heating & Air Conditionin
P.O. Box 1938
Pearland, TX 77581

Date(s) debt was incurred  **September 2017**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AC Construction Services**

Is the claim subject to offset?  ■ No  ☐ Yes

$17,104.00

### 3.6
**Nonpriority creditor's name and mailing address**
Alex Lago
7 N. Fazio Way
Spring, TX 77382

Date(s) debt was incurred  **August 2008**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Home warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

### 3.7
**Nonpriority creditor's name and mailing address**
American Arbitration Association
120 Broadway, 21st Floor
New York, NY 10271

Date(s) debt was incurred  **November 2019**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Arbitration award**

Is the claim subject to offset?  ■ No  ☐ Yes

$21,800.00

### 3.8
**Nonpriority creditor's name and mailing address**
Anoop Kumar Poddar
5422 Navarro
Houston, TX 77056

Date(s) debt was incurred  **May 2009**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Home warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

### 3.9
**Nonpriority creditor's name and mailing address**
Anthony and Gina Carfagno
83 S. Palmiera
Spring, TX 77382

Date(s) debt was incurred  **November 2009**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Home warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

### 3.10
**Nonpriority creditor's name and mailing address**
Automation Media Professionals, LLC
22339 Bridgestone Ridge Dr.
Spring, TX 77388

Date(s) debt was incurred  **May 2017**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Construction services**

Is the claim subject to offset?  ■ No  ☐ Yes

$250.00

### 3.11
**Nonpriority creditor's name and mailing address**
Bradley S. Bailey
5348 Institute
Houston, TX 77005

Date(s) debt was incurred  **September 2009**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Home warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

Debtor **Rohe & Wright Homebuilders, LP**     Case number (if known)
Name

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address**<br>Builders Mechanical, Inc.<br>P.O. Box 4458<br>Houston, TX 77210<br><br>Date(s) debt was incurred **May 2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Supplier**<br>Is the claim subject to offset? ■ No ☐ Yes     **$1,486.00** |
| **3.13** | **Nonpriority creditor's name and mailing address**<br>Carrerra Home Services, Inc.<br>15110 Northwest Freeway, Ste 120<br>Houston, TX 77055<br><br>Date(s) debt was incurred **August 2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Construction services**<br>Is the claim subject to offset? ■ No ☐ Yes     **$7,425.00** |
| **3.14** | **Nonpriority creditor's name and mailing address**<br>Charles D. Roxburgh<br>1725 Sunset<br>Houston, TX 77005<br><br>Date(s) debt was incurred **June 2008**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset? ■ No ☐ Yes     **$0.00** |
| **3.15** | **Nonpriority creditor's name and mailing address**<br>Charma's Painting<br>253 E. Sunnyside<br>Houston, TX 77076<br><br>Date(s) debt was incurred **January 2017 - September 2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Construction services**<br>Is the claim subject to offset? ■ No ☐ Yes     **$1,600.00** |
| **3.16** | **Nonpriority creditor's name and mailing address**<br>Christopher and Maria Capsimalis<br>79 S. Fazio<br>Spring, TX 77382<br><br>Date(s) debt was incurred **January 2011**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset? ■ No ☐ Yes     **$0.00** |
| **3.17** | **Nonpriority creditor's name and mailing address**<br>City of Houston<br>PO Box 1560<br>Houston, TX 77261<br><br>Date(s) debt was incurred **August 2017 - January 2019**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Utilities**<br>Is the claim subject to offset? ■ No ☐ Yes     **$370.43** |
| **3.18** | **Nonpriority creditor's name and mailing address**<br>Conroe Awning & Screen, Inc.<br>18915 Freeport Dr.<br>Montgomery, TX 77356<br><br>Date(s) debt was incurred **May 2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Supplier**<br>Is the claim subject to offset? ■ No ☐ Yes     **$900.00** |

Debtor **Rohe & Wright Homebuilders, LP**                               Case number (if known)
         Name

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Current Owner**<br>**310 Tynebridge**<br>**Houston, TX 77024**<br>Date(s) debt was incurred **September 2010**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Current Owner**<br>**5680 Briar Drive**<br>**Houston, TX 77056**<br>Date(s) debt was incurred **April 2010**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Current Owner**<br>**12518 Winding Brook**<br>**Houston, TX 77024**<br>Date(s) debt was incurred **November 2009**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Current Owner**<br>**4502 Birch**<br>**Bellaire, TX 77401**<br>Date(s) debt was incurred **July 2009**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Current Owner**<br>**11 Farington**<br>**Spring, TX 77382**<br>Date(s) debt was incurred **March 2009**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Current Owner**<br>**5402 Navarro**<br>**Houston, TX 77056**<br>Date(s) debt was incurred **July 2008**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Current Owner**<br>**7614 Brykerwoods**<br>**Houston, TX 77055**<br>Date(s) debt was incurred **April 2008**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |

Debtor **Rohe & Wright Homebuilders, LP**                                    Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Current Owner**<br>**6 Waters Lake**<br>**Missouri City, TX 77459**<br>Date(s) debt was incurred  **April 2008**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $0.00 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**David and Tanua Kennard**<br>**202 S. Fazio way**<br>**Spring, TX 77382**<br>Date(s) debt was incurred  **August 2008**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $0.00 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**De Lange, Hudspeth, McConnell & Tibbets**<br>**1177 West Look South, Suite 1700**<br>**Houston, TX 77027**<br>Date(s) debt was incurred  **November 2015 - February 2016**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Legal services**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $39,785.70 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Elisabeth Nash**<br>**3406 Banbury**<br>**Houston, TX 77027**<br>Date(s) debt was incurred  **December 2008**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $0.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Forest Financial, Ltd.**<br>**407 Julie Rivers Dr. Ste 100**<br>**Sugar Land, TX 77478**<br>Date(s) debt was incurred  **September 2019**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Mortgate loans**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $121,000.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Forest Financial, Ltd.**<br>**407 Julie Rivers Dr. Ste 100**<br>**Sugar Land, TX 77478**<br>Date(s) debt was incurred  **September 2019**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranties**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $0.00 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**George P. Starley**<br>**2515 A Nantucket**<br>**Houston, TX 77057**<br>Date(s) debt was incurred  **February 2009**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | $0.00 |

Debtor  **Rohe & Wright Homebuilders, LP**                                Case number (if known)
           Name

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Geraldine Gill**<br>**1719 Sunset**<br>**Houston, TX 77005**<br><br>Date(s) debt was incurred **June 2009**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Gonzalez Connaly Inc. dba GC Electric**<br>**2021 Aldine Mail Route #1013**<br>**Houston, TX 77039**<br><br>Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Construction services**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $540.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Good Project LLC**<br>**3334 Richmond Ave. Suite 201**<br>**Houston, TX 77098**<br><br>Date(s) debt was incurred **July 2018**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing services**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $11,617.75 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Harris Family Partnership**<br>**1905 Revere**<br>**Houston, TX 77019**<br><br>Date(s) debt was incurred **May 2018**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Hirsch & Westheimer, P.C.**<br>**1415 Louisiana, 36th Floor**<br>**Houston, TX 77002**<br><br>Date(s) debt was incurred **January 2018**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Legal services**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $1,083.16 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Ian and Margaret Carr**<br>**34 Hepplewhite**<br>**Spring, TX 77382**<br><br>Date(s) debt was incurred **April 2008**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Jeffery and Marissa Allen**<br>**5434 Navarro**<br>**Houston, TX 77056**<br><br>Date(s) debt was incurred **October 2011**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |

Debtor **Rohe & Wright Homebuilders, LP**   Case number *(if known)*
_____Name_____

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey S. Frase**<br>**1727 Sunset**<br>**Houston, TX 77005**<br>Date(s) debt was incurred **December 2008**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**John and Angela Meloy**<br>**3510 Biarritz**<br>**Houston, TX 77082**<br>Date(s) debt was incurred **June 2008**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**John E. McDonald**<br>**3410 Branbury**<br>**Houston, TX 77027**<br>Date(s) debt was incurred **May 2008**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**John H. Lucas III**<br>**2431 Potomac**<br>**Houston, TX 77057**<br>Date(s) debt was incurred **March 2009**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**John Parker**<br>**103 Calle Catalina**<br>**Houston, TX 77007**<br>Date(s) debt was incurred **July 2008**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Jose Sagastume**<br>**1116 Carver St.**<br>**Baytown, TX 77520**<br>Date(s) debt was incurred **September 2017 - April 2018**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Construction services**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $354.50 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Joseph and Rita Sleiman**<br>**3603 St. Tropez**<br>**Houston, TX 77082**<br>Date(s) debt was incurred **June 2011**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | $0.00 |

Debtor  **Rohe & Wright Homebuilders, LP**  Case number (if known)
       Name

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Judy Loveless**<br>**5418 Navarro**<br>**Houston, TX 77056** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **April 2010** | Basis for the claim: **Home warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|
| | **Junita C. King dba Nest Interiors**<br>**2134 Kipling Street**<br>**Houston, TX 77098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **August 2017 - December 2018** | Basis for the claim: **Home staging** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ken and Maria Miller**<br>**11906 Portofino**<br>**Houston, TX 77082** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **April 2008** | Basis for the claim: **Home warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kenneth C. Biggers**<br>**3911 Colquitt**<br>**Houston, TX 77027** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **July 2010** | Basis for the claim: **Home warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Khalil Edlibi**<br>**2429 Potomac**<br>**Houston, TX 77057** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **March 2009** | Basis for the claim: **Home warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kit Shum**<br>**11418 St. Germain**<br>**Houston, TX 77082** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **March 2010** | Basis for the claim: **Home warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Kristy P. Ton**<br>**5406 Navarro**<br>**Houston, TX 77056** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **February 2014** | Basis for the claim: **Home warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Rohe & Wright Homebuilders, LP**  
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>Laura Herbert<br>5344 Institute<br>Houston, TX 77005<br>**Date(s) debt was incurred** July 2009<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Home warranty**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Lighting, Inc.<br>4129 Telephone Rd.<br>Houston, TX 77087<br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Supplier**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,031.00 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>Mac and Susan Dunwoody Joint Rev. Trust<br>38 Sunset Blvd.<br>Houston, TX 77027<br>**Date(s) debt was incurred** October 2014<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Home warranty**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>Magical Cleaning Houston<br>22626 Auburn Valley Ln<br>Katy, TX 77449<br>**Date(s) debt was incurred** July 2017 - November 2017<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Cleaning services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,540.00 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>Marcial Rogelio Ortego<br>1207 Dellbrook Dr.<br>Houston, TX 77038<br>**Date(s) debt was incurred** September 2017<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Construction services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,186.68 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>Marek Brothers Company, LLP<br>3701 Piney Woods<br>Houston, TX 77018<br>**Date(s) debt was incurred** March 2017 - August 2017<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Construction services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,520.00 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>Margia Blankenship<br>2430 Potomac<br>Houston, TX 77057<br>**Date(s) debt was incurred** March 2009<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Home warranty**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |

Debtor  **Rohe & Wright Homebuilders, LP**        Case number (if known)
        Name

| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Mark and Donna Harriman**<br>**70 S. Palmiera**<br>**Spring, TX 77382**<br>Date(s) debt was incurred **May 2008**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $0.00 |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Markus and Alicia Wiltshire**<br>**5304 Institute**<br>**Houston, TX 77005**<br>Date(s) debt was incurred **July 2010**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $0.00 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Mary Elizabeth Andrews**<br>**5414 Mavarro**<br>**Houston, TX 77056**<br>Date(s) debt was incurred **May 2011**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $0.00 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Michael and Marjorie Chadwick**<br>**2517 Westgate**<br>**Houston, TX 77019**<br>Date(s) debt was incurred **November 2009**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $0.00 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Michael T. Leary**<br>**3911 Colquitt**<br>**Houston, TX 77027**<br>Date(s) debt was incurred **July 2010**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $0.00 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Monterrey Railing**<br>**P.O. Box 263623**<br>**Houston, TX 77207**<br>Date(s) debt was incurred **August 2017 - November 2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Construction services**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $4,474.10 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Patrick and Mary Sharkey**<br>**5410 Navarro**<br>**Houston, TX 77056**<br>Date(s) debt was incurred **February 2011**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $0.00 |

Debtor   **Rohe & Wright Homebuilders, LP**                                   Case number (if known)
         Name

| | | |
|---|---|---:|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Paxson & Associates**<br>**2134 Kipling Street**<br>**Houston, TX 77098**<br>Date(s) debt was incurred  **March 2019**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Legal services**<br>Is the claim subject to offset?   ■ No   ☐ Yes | **$9,542.18** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Pegasus Plumbing LLC**<br>**3023 Golfcrest Blvd.**<br>**Houston, TX 77087**<br>Date(s) debt was incurred  **January 2019**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Pluming services**<br>Is the claim subject to offset?   ■ No   ☐ Yes | **$1,110.00** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Probstfeld & Associates, Inc.**<br>**515 Park Grove Suite 102**<br>**Katy, TX 77450**<br>Date(s) debt was incurred  **September 2017**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Survey**<br>Is the claim subject to offset?   ■ No   ☐ Yes | **$475.00** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**PTS Construction Services, LLC**<br>**8433 Hammerly**<br>**Houston, TX 77055**<br>Date(s) debt was incurred  **August 2018 - February 2017**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Construction services**<br>Is the claim subject to offset?   ■ No   ☐ Yes | **$18,840.00** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Rafael and Tuyen Herrera**<br>**3738 Grennoch**<br>**Houston, TX 77025**<br>Date(s) debt was incurred  **August 2010**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | **$0.00** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Ravi and Aparna Bikkina**<br>**58 S. Palmiera**<br>**Spring, TX 77382**<br>Date(s) debt was incurred  **February 2009**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Home warranty**<br>Is the claim subject to offset?   ■ No   ☐ Yes | **$0.00** |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Residential Elevators, Inc.**<br>**2910 Kerry Forest Parkway D4-1**<br>**Tallahassee, FL 32309**<br>Date(s) debt was incurred  **April 2016 - August 2018**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Supplier**<br>Is the claim subject to offset?   ■ No   ☐ Yes | **$19,697.47** |

Debtor **Rohe & Wright Homebuilders, LP**     Case number (if known)
         Name

| | | |
|---|---|---:|
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**RM Custom Cabinets**<br>**159 S. Delta Mill Circle**<br>**The Woodlands, TX 77385**<br>Date(s) debt was incurred **February 2017 - September 2017**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Construction services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,200.00 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Roger Paul Wallace Jr.**<br>**5305 Lyons**<br>**Houston, TX 77020**<br>Date(s) debt was incurred **March 2010**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Rohe and Wright Construction, LLC**<br>**58 Crain Square Blvd.**<br>**Houston, TX 77025**<br>Date(s) debt was incurred **12/2015 - 6/2019**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Intercompany debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $581,803.04 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**RTMI Building Envelope Consultants, LLC**<br>**3223 Shadowcrest Lane**<br>**Spring, TX 77380**<br>Date(s) debt was incurred **January 2018 - April 2018**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Construction services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $379.17 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**RWH Homebuilders, LP**<br>**P.O. Box 22146**<br>**Houston, TX 77227**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Intercompany debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,794,852.00 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Samiha Ammash**<br>**2429 Potomac**<br>**Houston, TX 77057**<br>Date(s) debt was incurred **March 2009**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Scott B. Rothwell**<br>**4503 Staunton**<br>**Houston, TX 77027**<br>Date(s) debt was incurred **June 2011**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |

Debtor **Rohe & Wright Homebuilders, LP**  
Name

Case number (if known)

| | | | |
|---|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Sergio and Margo Escobedo**<br>**2515 C Nantucket**<br>**Houston, TX 77057**<br>Date(s) debt was incurred **February 2009**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Southern Plumbing Services, LLC**<br>**5233 Bellaire Blvd.**<br>**Bellaire, TX 77401**<br>Date(s) debt was incurred **March 2017 - May 2017**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Plumbing services**<br>Is the claim subject to offset? ■ No ☐ Yes | $4,175.00 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Steve and Bibiana Wolfson**<br>**2515 B Nantucket**<br>**Houston, TX 77057**<br>Date(s) debt was incurred **February 2009**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**The Perfect Constrution, LLC**<br>**4518 Kimball Dr.**<br>**Pearland, TX 77584**<br>Date(s) debt was incurred **December 2016 - February 2017**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Construction services**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,197.84 |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**The Sherwin Williams Co.**<br>**2100 Lakeside Blvd, #400**<br>**Richardson, TX 75082**<br>Date(s) debt was incurred **May 2017**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Supplier**<br>Is the claim subject to offset? ■ No ☐ Yes | $38.98 |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**The Tobin Firm**<br>**115 W. 2nd Street, Suite 201**<br>**Fort Worth, TX 76102**<br>Date(s) debt was incurred **May 2019**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Legal services**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,500.00 |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**Thomas and Lizabeth Riley**<br>**6236 Willers Way**<br>**Houston, TX 77057**<br>Date(s) debt was incurred **December 2009**<br>Last 4 digits of account number \_ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

Debtor **Rohe & Wright Homebuilders, LP**          Case number (if known)
    Name

| | | |
|---|---|---:|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>Thomas and Robin Lutz<br>1721 Sunset Blvd.<br>Houston, TX 77005<br><br>Date(s) debt was incurred **January 2016**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Arbitration Proceeding**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1.00 |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>Toyota Lift of Houston<br>P.O. Box 733593<br>Dallas, TX 75373<br><br>Date(s) debt was incurred **October 2017 - February 2018**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Equipment rental**<br>Is the claim subject to offset? ■ No  ☐ Yes | $573.59 |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>Trademark Plumbing Inc.<br>17651 Telge Road<br>Cypress, TX 77429<br><br>Date(s) debt was incurred **October 2018**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Plumbing services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,305.00 |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>Waltar and Fredderique Goodrich<br>1903 Revere<br>Houston, TX 77019<br><br>Date(s) debt was incurred **June 2016**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>Westheimer Plumbing & Hardward, Inc.<br>3590 East T.C. Jester<br>Houston, TX 77018<br><br>Date(s) debt was incurred **July 2016**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Plumbing services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,305.00 |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>William and Brenda Hendricks<br>3602 Biarritz<br>Houston, TX 77082<br><br>Date(s) debt was incurred **April 2008**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.95 | **Nonpriority creditor's name and mailing address**<br>Ying Zhu<br>11418 St. Germain<br>Houston, TX 77082<br><br>Date(s) debt was incurred **March 2010**<br>Last 4 digits of account number ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Home warranty**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

**Part 3:**   List Others to Be Notified About Unsecured Claims

Debtor  **Rohe & Wright Homebuilders, LP**
            Name

Case number (if known)

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,743,304.17 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 4,743,304.17 |